DOCUMENT ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 23-599 (NLH) |
| v. | : | |
| ERASMO FELICIANO | : | **NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, by Andrew B. Johns, Assistant U.S. Attorney, is withdrawing his appearance for the United States of America in the above-captioned matter.

PHILIP R. SELLINGER
United States Attorney

*/s/ Andrew B. Johns*
By: ANDREW B. JOHNS
Assistant U.S. Attorney

Dated:  October 12, 2023