PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Erasmo Feliciano**                    Docket No. **23-cr-599-NLH**

### Petition for Action on Conditions of Pretrial Release

COMES NOW NICHOLAS ZOTTI SENIOR U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, **Erasmo Feliciano**, who was placed under pretrial release supervision by the **HONORABLE KAREN M. WILLIAMS** sitting in the Court at **Camden, New Jersey**, on **February 13, 2020**, under the following conditions:

1. Pretrial Services Supervision
2. Surrender passport and do not obtain a passport or other international travel document
3. Travel restricted to State of New Jersey, unless otherwise approved in advance by U.S. Pretrial Services
4. Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution including co-defendants.
5. Substance abuse testing and treatment as directed by Pretrial Services.
6. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services office or supervising officer
7. Report as soon as possible, to the Pretrial Services or supervising officer, every contact with law enforcement personnel, including arrests, questioning or traffic stops
8. Defendant shall be released on $50,000 appearance bond cosigned by Jacqueline Gracia.

On July 6, 2020, Judge Williams ordered the defendant is permitted to have contact with co-defendant, Liera Leian Massa.

On December 1, 2022, the defendant was arrested by the Cherry Hill Township Police Department. On December 2, 2022, United States Magistrate Judge Sharon A. King issued a warrant for the defendant to be lodged as a detainer. On December 20, 2022, the defendant appeared before Judge King for a bail review hearing and bail was revoked.

On July 25, 2023, the defendant appeared before Your Honor for a plea and bail review hearing. The defendant was released on a $100,000 unsecured appearance bond with the following conditions:

1. Report to Pretrial Services as directed
2. Jacqueline Gracia to be appointed as a third-party custodian
3. Travel restricted to the District of New Jersey, unless otherwise approved by Pretrial Services
4. Surrender passport/ do not obtain a new passport
5. Home Detention with location monitoring
6. Substance abuse testing/treatment as deemed necessary

7. Not to possess any scanners, printers, check paper or debit cards that do not belong to the defendant
8. Avoid all contact with any victims, witnesses, or co-defendants unless in the presence of Counsel
9. Comply with all court related matters
10. Do not possess any firearms or other destructive weapons
11. No excessive use of alcohol
12. Do not possess or use any narcotic substance unless prescribed by a licensed medical practitioner
13. Report all contact with law enforcement
14. Continue or actively seek employment

On October 12, 2023, Your Honor ordered the defendant be permitted to maintain a residence as approved by Pretrial Services. Additionally, Your Honor ordered the condition requiring a third-party custodian to be vacated.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL **schedule a bail review hearing.**

ORDER OF COURT

Considered and ordered this ___31st___ day of ___January___, 2024 and ordered filed and made a part of the records in the above case.

_____
Honorable Noel L. Hillman
Senior United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        January 31, 2024

_____
Nicholas Zotti
Nicholas Zotti
Senior United States Pretrial Services Officer