UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                   **DATE OF PROCEEDINGS**
FEBRUARY 5, 2024

**SENIOR JUDGE NOEL L. HILLMAN**

**COURT REPORTER:** John J. Kurz
**OTHER:** Adrienne Smith, U.S. Pretrial Officer Supervisor.

                                                        **Docket #** 23-CR-599 (NLH)

**TITLE OF CASE:**
UNITED STATES OF AMERICA

                v.

ERASMO FELICIANO
DEFENDANT PRESENT

**APPEARANCES:**
Jason Richardson, AUSA for Government.
Rocco C. Cipparone, Jr., Esq. for Defendant.

**NATURE OF PROCEEDINGS:**      BAIL REVIEW HEARING
In Camera proceedings held; Ordered transcript sealed.
Hearing on [56] Petition for action on conditions of Pretrial Release;
Ordered bail continued and defendant is directed to resolve municipal court matters.
Sentence scheduled for Monday, April 22, 2024 at 10:30 a.m.

Time Commenced: 11:36 a.m.
Time Adjourned: 12:07 p.m.
Total Time: 31 min.

                                                        s/GN
                                                        DEPUTY CLERK