# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Minutes of Proceedings

**OFFICE:** CAMDEN  **DATE:** July 9, 2024

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER:** Sharon Ricci  **OTHER:** Adrienne Smith, U.S. Pretrial Officer

**TITLE OF CASE:**  **DOCKET NO.:** 23-cr-599-KMW

UNITED STATES OF AMERICA

VS.

ERASMO FELICIANO

<u>DEFENDANT PRESENT</u>

**APPEARANCES:**

ANDREW B. JOHNS – AUSA FOR USA

ROCCO C. CIPPARONE, JR., ESQ. - COUNSEL FOR DEFENDANT

**NATURE OF PROCEEDINGS:**   Bail Review Hearing

Hearing re proposed Consent Order to Modify Conditions of Release.
[Off the Record 11:43 am – 11:53 am]
Ordered conditions of release to be modified.
Order to be entered.
Sentencing set for August 21, 2024 is adjourned, to be reset for a date to be determined.

*s/ Nicole Ramos*
**DEPUTY CLERK**

TIME COMMENCED: 11:22 a.m.   TIME ADJOURNED: 11:58 a.m.   TOTAL TIME: 36 mins.