UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Karen M. Williams, U.S.D.J. |
| v. | : | Case No.: 1:23-cr-599-KMW |
| ERASMO FELICIANO, | : | |
| Defendant. | | |

**THIS MATTER**, having come before the Court by request of the defendant Erasmo Feliciano, and with the consent of the United States Attorney's Office, seeking an ORDER removing Erasmo Feliciano's location monitoring device and home detention condition, and for good cause shown;

**IT IS** on this 18th day of November, 2024, hereby ORDERED that the conditions of the defendant's Pretrial Release are hereby amended, removing Erasmo Feliciano's location monitoring device and removing the home detention condition.

IT IS FURTHER ORDERED that all other conditions of the defendant's pretrial release shall remain in place.

Karen M. Williams
United States District Judge

s/Andrew Johns
Andrew Johns
Assistant United States Attorney


s/Rocco Cipparone
Rocco Cipparone
Defense Counsel